

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*      *main: (609) 989-2190*
*Trenton, NJ 08608*                    *direct:(609) 858-0304*
*sandra.bober@usdoj.gov*               *fax:   (609) 989-2275*

July 10, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Joseph v. Blanche***, **No. 26-cv-7127 (MCA)**
>        **Petitioner's Release from ICE Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's July 10, 2026 Text Order (ECF No. 3) ordering Respondents to immediately release Petitioner or answer the Petition. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner today, July 10, 2026, at approximately 9:35 p.m. Accordingly, Respondents respectfully request that the Court close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    *s / Sandra A. Bober*
       SANDRA A. BOBER
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    All counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/13/26